UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA L. LUCERO, HEATHER BARTON, ILONA KOMPANIIETS and CYNTHIA HURTADO, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>CREDIT UNION RETIREMENT PLAN ASSOCIATION, THE BOARD OF DIRECTORS OF THE CREDIT UNION RETIREMENT PLAN ASSOCIATION, THE BOARD OF TRUSTEES OF RETIREMENT PLANS, THE PLAN ADMINISTRATIVE COMMITTEE, and JOHN DOES 1-30.<br><br>                Defendants. | CIVIL ACTION NO.: 3:22-cv-00208-jdp |

**PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, GRANTING CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, APPROVING FORM AND MANNER OF SETTLEMENT NOTICE, PRELIMINARILY APPROVING PLAN OF ALLOCATION, AND <u>SCHEDULING A DATE FOR A FAIRNESS HEARING</u>**

Plaintiffs, Brenda L. Lucero, Heather Barton, Ilona Kompaniiets, and Cynthia Hurtado, (together, "Plaintiffs"), respectfully submit this Renewed Motion for Preliminary Approval of Class Action Settlement entered into with Defendants,[1] ("Motion for Preliminary Approval") and respectfully move the Court for an Order granting the relief sought. This Renewed Motion addresses the Court's concerns in its March 18, 2025 Order (ECF No. 209) denying without prejudice, the "parties' motion for class certification and preliminary approval." The grounds for

---

[1] Defendants refer to Credit Union Retirement Plan Association, the Board of Directors of the Credit Union Retirement Plan Association, the Board of Trustees of Retirement Plans, and the Plan Administration Committee (collectively, "Defendants")

1

this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

      A Proposed Order is submitted herewith.

Dated: July 15, 2025                                Respectfully submitted,

**CAPOZZI ADLER, P.C.**

<u>/s/Mark K. Gyandoh</u>
Mark K. Gyandoh, Esquire
James A. Maro, Esquire
James A. Wells, Esquire
(admitted *pro hac vice*)
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax (717) 233-4103
Email: markg@capozziadler.com
      jamesm@capozziadler.com
      jayw@capozziadler.com

*Attorneys for Plaintiffs, the Plan and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh
