UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA L. LUCERO, HEATHER BARTON, ILONA KOMPANIIETS and CYNTHIA HURTADO, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>CREDIT UNION RETIREMENT PLAN ASSOCIATION, THE BOARD OF DIRECTORS OF THE CREDIT UNION RETIREMENT PLAN ASSOCIATION, THE BOARD OF TRUSTEES OF RETIREMENT PLANS, THE PLAN ADMINISTRATIVE COMMITTEE, and JOHN DOES 1-30.<br><br>     Defendants. | CIVIL ACTION NO.: 3:22-cv-00208-jdp |

**PLAINTIFFS' SECOND RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, GRANTING CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, APPROVING FORM AND MANNER OF SETTLEMENT NOTICE, PRELIMINARILY APPROVING PLAN OF ALLOCATION, AND SCHEDULING A DATE FOR A FAIRNESS HEARING**

  Plaintiffs, Brenda L. Lucero, Heather Barton, Ilona Kompaniiets, and Cynthia Hurtado, (together, "Plaintiffs"), respectfully submit this Second Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement entered into with Defendants,[1] ("Second Renewed Motion") and respectfully move the Court for an Order granting the relief sought. This Second Renewed Unopposed Motion addresses the Court's concerns in its October 27, 2025 Order (ECF No. 224) denying without prejudice, Plaintiffs' renewed motion and memorandum in support

---

[1] Defendants refers to Credit Union Retirement Plan Association, the Board of Directors of the Credit Union Retirement Plan Association, the Board of Trustees of Retirement Plans, and the Plan Administration Committee (collectively, "Defendants")

1

of Preliminary Approval of the Settlement (ECF Nos. 213- 220; and 223). The grounds for this motion are set forth in the memorandum of law in support of this motion, which is submitted herewith.

    A Proposed Order is submitted herewith.

Dated: December 19, 2025                       Respectfully submitted,

                                             **CAPOZZI ADLER, P.C.**

                                             */s/Mark K. Gyandoh*
                                             Mark K. Gyandoh, Esquire
                                             James A. Maro, Esquire
                                             James A. Wells, Esquire
                                             (admitted *pro hac vice*)
                                             312 Old Lancaster Road
                                             Merion Station, PA 19066
                                             Tel: (610) 890-0200
                                             Fax (717) 233-4103
                                             Email: markg@capozziadler.com
                                                             jamesm@capozziadler.com
                                                             jayw@capozziadler.com

                                             *Attorneys for Plaintiffs, the Plan*
                                             *and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh