# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA L. LUCERO, HEATHER BARTON, )
ILONA KOMPANIIETS and CYNTHIA )
HURTADO, individually and on behalf of all )
others similarly situated, )
      )
              Plaintiffs, )
        v. )   CIVIL ACTION NO.: 3:22-cv-00208-jdp
      )
CREDIT UNION RETIREMENT PLAN )
ASSOCIATION, THE BOARD OF DIRECTORS )
OF THE CREDIT UNION RETIREMENT PLAN )
ASSOCIATION, THE BOARD OF TRUSTEES )
OF RETIREMENT PLANS, THE PLAN )
ADMINISTRATIVE COMMITTEE, and JOHN )
DOES 1-30. )
      )
              Defendants. )

**DECLARATION OF MARK K. GYANDOH IN SUPPORT OF PLAINTIFFS' SECOND RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, GRANTING CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, APPROVING FORM AND MANNER OF SETTLEMENT NOTICE, PRELIMINARILY APPROVING PLAN OF ALLOCATION, AND <u>SCHEDULING A DATE FOR A FAIRNESS HEARING</u>**

I, Mark K. Gyandoh, Esquire, as Class Counsel, declare as follows:

1.     I am a member in good standing of the bars of the Commonwealth of Pennsylvania and state of New Jersey, and have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.     I am a partner and chair of the Fiduciary Practice Group at Capozzi Adler, P.C., and have been the lead attorney for my firm in this litigation representing Plaintiffs and the proposed Settlement Class in the above-captioned action.

*Revised Plan of Allocation*

3.      In light of the Court's Order of October 27, 2025 (ECF No. 224), the Parties conferred and agreed to modify the Plan of Allocation.[1]

4.      Attached as Exhibit 1 is the revised Plan of Allocation.

5.      Attached as Exhibit 2 is a redline comparison of the revised Plan of Allocation and original Plan of Allocation to show the changes made.

I declare, pursuant to 28 U.S.C. §1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 19th day of December, 2025, in Merion Station, Pennsylvania.

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire

*Attorneys for Plaintiffs, the Plan
and the Proposed Class*

---

[1] Capitalized and undefined terms herein shall have the same meaning as those terms in the Parties' Settlement Agreement previously filed with the Court at Dkt. No. 215-01.