**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| BRENDA L. LUCERO, HEATHER BARTON, ILONA KOMPANIIETS and CYNTHIA HURTADO, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 3:22-cv-00208-jdp |
| CREDIT UNION RETIREMENT PLAN ASSOCIATION, THE BOARD OF DIRECTORS OF THE CREDIT UNION RETIREMENT PLAN ASSOCIATION, THE BOARD OF TRUSTEES OF RETIREMENT PLANS, THE PLAN ADMINISTRATIVE COMMITTEE, and JOHN DOES 1-30. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF CAFA COMPLIANCE**

Pursuant to the Court's March 30, 2026 Order (ECF No. 228), Defendants Credit Union Retirement Plan Association, the Board of Directors of the Credit Union Retirement Plan Association, the Board of Trustees of Retirement Plans, and the Plan Administration Committee hereby submit the following as their proof of compliance with the Class Action Fairness Act, 28 U.S.C. § 1715(b).

The Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b) requires that "not later than 10 days after a proposed settlement of a class action is filed in court," defendants participating in the settlement must service notice on the appropriate state official of each state in which a class member resides and the appropriate federal official consisting of various pieces of information concerning the settlement.  28 U.S.C. § 1715(b).

Defendants served the requisite notices under CAFA on August 23, 2024, less than ten days following the filing of the proposed settlement with the court.  ECF No. 207, Declaration of

Lynn Calkins.  On January 28, 2025, Defendants filed an affidavit of lead counsel, Lynn Calkins, identifying its compliance with CAFA.  ECF No. 207.  Specifically, to each of the U.S. Attorney General and each of the fifty state Attorneys General, Defendants served (1) a copy of the Complaint and First Amended Class Action Complaint; (2) the proposed notice to class members of the proposed class action settlement; (3) the parties' proposed Class Action Settlement Agreement; (4) an estimate of the number of class members residing in each State and the names of the class members; and (5) all written orders of the Court relating to the class action settlement. ECF No. 207.

At that time, and at no time thereafter, have Defendants received any objection from the U.S. Attorney General's office or from any of the fifty state Attorneys General's offices.  ECF No. 207.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

s/ Chelsea Ashbrook McCarthy
Lynn Estes Calkins
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Email: lynn.calkins@hklaw.com
Telephone:  (202) 457-7041

Chelsea Ashbrook McCarthy
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, 27th Fl.
Chicago, IL 60606
Email: chelsea.mccarthy@hklaw.com
Telephone:  (312) 715-5768

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on April 3, 2026, a true and correct copy of the foregoing was served via the Court's e-filing system on all counsel of record.

s/ Chelsea Ashbrook McCarthy
Chelsea Ashbrook McCarthy