**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| BRENDA L. LUCERO, HEATHER BARTON, ILONA KOMPANIIETS and CYNTHIA HURTADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT UNION RETIREMENT PLAN ASSOCIATION, THE BOARD OF DIRECTORS OF THE CREDIT UNION RETIREMENT PLAN ASSOCIATION, THE BOARD OF TRUSTEES OF RETIREMENT PLANS, THE PLAN ADMINISTRATIVE COMMITTEE, and JOHN DOES 1-30.<br><br>Defendants. | ) | CIVIL ACTION NO.: 3:22-cv-208-jdp |

**ORDER AWARDING PLAINTIFFS' ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND**
**PLAINTIFFS' CASE CONTRIBUTION AWARDS**

This matter having come before the Court on **August 28, 2026**, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS ORDERED that:**

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") executed on August 15, 2024, and filed with the Court.

2. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $158,317.50 and reimbursement of expenses in the sum of $95,000 (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

3. Each of the Named Plaintiffs is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

**SO ORDERED this 28th day of August, 2026.**

JAMES D. PETERSON
United States District Judge